**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

IN RE: SHUNTAE S. MILLIGAN           :           CHAPTER 13
                                     :           CASE NO. 17-51376
                                     :

**MOTION TO VOLUNTARILY DISMISS CHAPTER 13**

COMES NOW, the debtor in the above-referenced case, and through her attorney of record, James W. Davis, shows the Court the following:

1.

Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on June 29, 2017.

2.

The debtor has determined that it is in the best interest of the debtor and the creditors to voluntarily dismiss this case.

3.

Because of the above the debtor requests that the Court dismiss his Bankruptcy petition.

Respectfully submitted this 2nd day of August, 2018.

/s/ James W. Davis
Attorney for Debtor

State Bar No. 210309
143 Lamar Street
Macon, GA 31204
(478)742-1440